UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY M. SANDERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>H.B.D. CONTRACTING, INC., et al., )<br>)<br>Defendants. ) | No. 4:08-CV-744 DDN |

### MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that plaintiff is unable to pay the filing fee. See 28 U.S.C. § 1915. Consequently, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [#2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

Dated this 18th day of June, 2008.

*/s/ David D. Noce*
UNITED STATES MAGISTRATE JUDGE